**CRIMINAL TRIAL PROCEEDINGS**
MINUTE SHEET

DATE: March 6, 2009

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>UNITED STATES OF AMERICA<br>v<br>Edward Hugh Okun | CRIMINAL NO: 3:08CR00132-0<br>JUDGE: Payne<br>CT REPORTER: Peppy Strahan |

MATTER COMES ON FOR:   JURY TRIAL (X) Day 4   BENCH TRIAL ( )

APPEARANCES:   DFT WITH COUNSEL Robert J. Wagner, Barry Pollack + Carolyn Grady, Esp., ESQ. (X)
GOV'T Michael Dry, AUSA, Jessica Brumberg + Brigham Cannon, AUSA (X)
JURY PRESENT (X)

BAIL STATUS:   DEFENDANT ON BOND ( )   DFT. INCARCERATED (X)

**TRIAL PROCEEDINGS:**
JURY SWORN & EXAMINED ON VOIR DIRE ( )   JURY EMPANELED & SWORN TO TRY ISSUE ( )
WITNESSES EXCLUDED ON MOTION OF: GOV'T ( ) DEFENDANT ( ) COURT ( )
OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE (X) RESTED ( ) MOTION ( ) _____
DEFENDANT ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )
JURY CHARGED BY THE COURT ( )   ALTERNATE JUROR DISCHARGED ( )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
   DEFENDANT ( )   GOVERNMENT ( )   NONE NOTED ( )
JURY RETIRED ( ) at _____ a.m./p.m.   INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )
JURY RETURNED VERDICT OF:   GUILTY AS CHARGED IN _____ ( )
                            NOT GUILTY AS CHARGED IN _____ ( )
JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )
JUDGMENT: DEFENDANT _____ AS CHARGED IN _____ ( )
PSR ORDERED ( ) or WAIVED BY THE DEFENDANT ( )   SGO ENTERED ( )

CASE CON'T TO : _____, 200__ AT _____ FOR _____ ( )

DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFENDANT REMANDED TO CUSTODY (X)

ALL EXHIBITS RETURNED TO COUNSEL ( ) _____

FURTHER NOTATIONS: Jurors appeared; all present. Court adjourned and jurors sent home to return at 9:30 a.m. on March 9, 2009 for further trial proceedings.

SET: 9:00 a.m.   BEGAN: 9:02 a.m.   ENDED: 12:17 pm   TIME IN COURT: 3 HRS 15 MINS.

RECESSES: